UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRA C. KAZANIS, D.D.S.,

    Plaintiff,

vs.                                              Case No. 2:19-cv-13193

AMERITAS LIFE INSURANCE CORP.,        HON. JUDGE SEAN F. COX

    Defendant.                           MAG. JUDGE DAVID R. GRAND

---

Troy W. Haney (P48614)  
HANEY LAW OFFICE, P.C.  
Attorney for Plaintiff  
330 East Fulton Street  
Grand Rapids, MI 49503  
Telephone:   616-235-2300  
Facsimile:   616-459-0137  
Email:  thaney@troyhaneylaw.com  

Stephanie Brochert (P81710)  
PLUNKETT COONEY  
Attorney for Defendant  
38505 Woodward Ave., Suite 100  
Bloomfield, Hills, MI 48301  
Telephone:   248-901-4000  
Facsimile:   248-901-4040  
sbrochert@plunkettcooney.com  

Brett K. Bacon (0022826)  
Angela D. Lydon (0087872)  
FRANTZ WARD LLP  
Attorneys for Defendant  
200 Public Square, Suite 3000  
Cleveland, Ohio 44114  
Telephone:   216-515-1660  
Facsimile:   216-515-1650  
bbacon@frantzward.com  
alydon@frantzward.com

---

## **STIPULATION AND ORDER FOR DISMISSAL**

All matters in controversy in the above-captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement. Plaintiff, Demetra C. Kazanis, D.D.S. ("Plaintiff"), by her attorney, Troy W. Haney, and Defendant, Ameritas Life Insurance Corp. ("Defendant"), by its attorney, Brett K. Bacon, hereby stipulate and

agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, and for each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Troy W. Haney* <br> Troy W. Haney (P48614) <br> Attorney for Plaintiff <br> HANEY LAW OFFICE, P.C. <br> 330 East Fulton Street <br> Grand Rapids, MI 49503 <br><br> Dated: June 7, 2021 | By: */s/ Brett K. Bacon (with consent)* <br> Brett K. Bacon <br> Attorney for Defendant <br> FRANTZ WARD LLP <br> 200 Public Square, Suite 3000 <br> Cleveland, Ohio 44114 <br><br> Dated: June 7, 2021 |

## **ORDER**

IT IS SO ORDERED:

Dated: June 9, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge